| OJS 44 (Rev. 12/07) | CIVIL COVER SHEET |
|---|---|

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requi[red] by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for [the] use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
David L. Kukowski
Harvey, ND 58341

### DEFENDANTS
Soo Line Railroad Company, a corporation, d/b/a Canadian Pacific, a Minnesota corporation

**(b)** County of Residence of First Listed Plaintiff: Wells
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Hennepin
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Cortney S. LeNeave
Hunegs, LeNeave & Kvas, P.A.
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, MN 55391
(612) 339-4511

Attorneys (If Known)
Lee A. Miller, Eugene Shermoen, Jr.
Arthur, Chapman, Kettering, Smetak & Pikala, P.A.
500 Young Quinlan Building, 81 South 9th Street
Minneapolis, MN 55402
(612) 339-3500

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- G 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- G 2 U.S. Government Defendant
- G 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plain[tiff] and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | X 1 | Incorporated or Principal Place of Business In This State | G 4 | X [4] |
| Citizen of Another State | X 2 | G | Incorporated and Principal Place of Business In This State | G 5 | X [5] |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G [6] |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| G 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | G 610 Agriculture | G 422 Appeal 28 USC 158 | G 400 State Reapportionment |
| G 120 Marine | G 310 Airplane | G 362 Personal Injury— Med. Malpractice | G 620 Other Food & Drug | | G 410 Antitrust |
| G 130 Miller Act | G 315 Airplane Product Liability | G 365 Personal Injury — Product Liability | G 625 Drug Related Seizure of Property 21 USC 881 | G 423 Withdrawal 28 USC 157 | G 430 Banks and Banking |
| G 140 Negotiable Instrument | | | | | G 450 Commerce/ICC Rates/etc |
| G 150 Recovery of Overpayment & Enforcement of Judgment | G 320 Assault, Libel & Slander | G 368 Asbestos Personal Injury Product Liability | G 630 Liquor Laws | **PROPERTY RIGHTS** | G 460 Deportation |
| G 151 Medicare Act | X 330 Federal Employers' Liability | | G 640 R.R. & Truck | | G 470 Racketeer Influenced and Corrupt Organizations |
| G 152 Recovery of Defaulted Student Loans (Excl. Veterans) | G 340 Marine | **PERSONAL PROPERTY** | G 650 Airline Regs. G 660 Occupational Safety/Health | G 820 Copyrights G 830 Patent | G 480 Consumer Credit G 490 Cable/Sat TV |
| G 153 Recovery of Overpayment of Veteran's Benefits | G 345 Marine Product Liability | G 370 Other Fraud G 371 Truth in Lending | G 690 Other | G 840 Trademark | G 810 Selective Service G 850 Securities/Commodities Exchange |
| G 160 Stockholders' Suits | G 350 Motor Vehicle | G 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | |
| G 190 Other Contract | G 355 Motor Vehicle Product Liability | G 385 Property Damage Product Liability | G 710 Fair Labor Standards Act | G 861 HIA (1395ff) G 862 Black Lung (923) | G 875 Customer Challenge 12 USC 3410 |
| G 195 Contract Product Liability | G 360 Other Personal | | G 720 Labor/Mgmt Relations | G 863 DIWC/DIWW (405(g)) | G 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | G 730 Labor/Mgmt Reporting & Disclosure Act | G 864 SSID Title XVI G 865 RSI (405(g)) | G 891 Agricultural Acts G 892 Economic Stabilization Act |
| G 210 Land Condemnation | G 441 Voting | G 510 Motions to Vacate Sentence | G 740 Railway Labor Act | **FEDERAL TAX SUITS** | G 893 Environmental Matters |
| G 220 Foreclosure | G 442 Employment | **Habeas Corpus:** | | G 870 Taxes (U.S. Plaintiff) | G 894 Energy Allocation Act |
| G 230 Rent Lease & Ejectment | G 443 Housing/ Accommodations | G 530 General | G 790 Other Labor Litigation | | G 895 Freedom of Information Act |
| G 240 Torts to Land | G 444 Welfare | G 535 Death Penalty | | | G 900 Appeal of Fee Determination Under Equal Access to Justic[e] |
| G 245 Tort Product Liability | G 445 Amer. w/ Disabilities Employment | G 540 Mandamus & Other | G 791 Empl. Ret. Inc. Security Act | G 871 IRS—Third Party 26 USC 7609 | |
| G 290 All Other Real Property | G 446 Amer. w/ Disabilities - Other | G 550 Civil Rights | | | G 950 Constitutionality of Sta[te] Statues |
| | G 440 Other Civil Rights | G 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- X 1 Original Proceeding
- G 2 Removed from State Court
- G 3 Remanded from Appellate Court
- G 4 Reinstated or Reopened
- G 5 Transferred from another district (specify)
- G 6 Multidistrict Litigation
- G 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 45 U.S.C §§ 51-60
Brief description of cause: Claim for personal injury damages arising out of the FELA

## VII. REQUESTED IN COMPLAINT:
G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 75,000+
CHECK YES only if demanded in complaint:
JURY DEMAND: X Yes   G No

| VIII. RELATED CASE(S) IF ANY | (See instructions): | | | | |
|---|---|---|---|---|---|
| | | JUDGE | | DOCKET NUMBER | |
| DATE 5-12-16 | | SIGNATURE OF ATTORNEY OF RECORD *[signature]* | | | |
| FOR OFFICE USE ONLY | | | | | |
| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | | MAG. JUDGE |

JS 44 Reverse (Rev. 12/07)

### INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet