UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| David L. Kukowski, | Civil No.: 0:16-CV-01260 ADM/TNL |
| Plaintiff, | **DEFENDANT SOO LINE RAILROAD COMPANY'S RULE 7.1 DISCLOSURE STATEMENT** |
| v. | |
| Soo Line Railroad Company, a Minnesota corporation, *d/b/a* Canadian Pacific, | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Soo Line Railroad Company, *d/b/a* Canadian Pacific, states as follows:

Soo Line Railroad Company, *d/b/a* Canadian Pacific, is incorporated in the State of Minnesota. It is an indirect wholly-owned subsidiary of Canadian Pacific Railway Limited, a Canadian corporation, which is publicly traded on the New York and Toronto Stock Exchanges.

                                                 ARTHUR, CHAPMAN, KETTERING,
                                                 SMETAK & PIKALA, P.A.

Dated: June 1, 2016                       s/ Eugene M. Shermoen
                                                 Lee A. Miller (#271585)
                                                 Eugene M. Shermoen (#183246)
                                                 500 Young Quinlan Building
                                                 81 South Ninth Street
                                                 Minneapolis, MN 55402-3214
                                                 P: (612) 339-3500
                                                 F: (612) 339-7655
                                                 lamiller@ArthurChapman.com
                                                 emshermoen@ArthurChapman.com

                                                 *Attorneys for Soo Line Railroad d/b/a Canadian Pacific*

6119420